JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EDWARD LUJAN,                              )  Case No. EDCV 09-01366-DTB
                           Plaintiff,      )
                                           )  **J U D G M E N T**
              vs.                          )
                                           )
MICHAEL J. ASTRUE,                         )
Commissioner of Social Security,           )
                                           )
                           Defendant.      )

         In accordance with the Order Reversing Decision of Commissioner and
Remanding for Further Administrative Proceedings, filed herewith,

         IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social
Security is reversed and this matter is remanded for further administrative
proceedings.


DATED: April 8, 2011

                                        _____
                                        DAVID T. BRISTOW
                                        UNITED STATES MAGISTRATE JUDGE

1